**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Carl Davis,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Marsh Development, Inc., an Arizona corporation,<br><br>　　　　　Defendant | Case No.: 4:17-cv-00237-RM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that the parties have reached a settlement. Plaintiff anticipates filing dismissal paperwork with the Court within 30 days.

Dated: September 20, 2017　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**PHILLIPS DAYES LAW FIRM PC**

　　　　　　　　　　　　　　　　By  /s/Sean C. Davis
　　　　　　　　　　　　　　　　　　Trey Dayes
　　　　　　　　　　　　　　　　　　Sean C. Davis

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2017, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None


By: /s/Sean Davis